UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ARCHER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF TAFT, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00261 - AWI - JLT<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR SUBPOENA DUCES TECUM<br><br>(Doc. 38) |

　　　　Darrell Archer and Keitha Darquea ("Plaintiffs") filed a "Motion for Subpoena Duces tecum" on May 19, 2014. (Doc. 38.) Plaintiffs assert they "are attempting to gather evidence pursuant to the rules of discovery to support their claim in this action," but they "are currently running into difficulty obtaining discovery from parties to the suit." (*Id.* at 2.) Therefore, Plaintiffs seek to compel non-parties to produce relevant documents through the use of subpoenas. (*Id.*) Plaintiffs request the issuance of six subpoenas for this purpose. (*Id.*)

　　　　Under the Federal Rules of Civil Procedure, any party may serve a subpoena that commands a non-party "to produce documents, electronically stored information, or tangible things . . . ." Fed. R. Civ. P. 45(a)(1)(C). Pursuant to Rule 45, "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it." Fed. R. Civ. P. 45(a)(3). That requesting party "must complete it before service." *Id.*

///

1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' motion for the issuance of subpoenas duces tecum is **GRANTED**; and

2. The Clerk is DIRECTED to sign and provide six subpoenas for Plaintiffs' use.

IT IS SO ORDERED.

Dated: **May 27, 2014**                    /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE