UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ARCHER and KEITHA DARQUEA,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>J.E. BURKE CONSTRUCTION, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-00261 - AWI - JLT<br><br>STIPULATION AND ORDER SETTING ASIDE THE ENTRY OF DEFAULT |

## **RECITALS**

**WHEREAS**, the plaintiffs filed the First Amended Complaint in the above-entitled action on May 15, 2012; and

**WHEREAS**, on August 22, 2012, the Court filed its Findings And Recommendations dismissing certain claims and defendants; and,

**WHEREAS**, on September 11, 2012, the Court filed its Order Adopting Findings And Recommendations In Full and dismissing certain claims and defendants; and,

**WHEREAS**, on December 18, 2012, plaintiffs' Summons and First Amended Complaint was served on Defendant JOSEPH BURKE, with an answer due by January 8, 2013; and,

**WHEREAS**, on December 18, 2012, plaintiffs' Summons and First Amended Complaint was served on Defendant J. E. CONSTRUCTION, INC., with an answer due by January 8, 2013; and,

1

1     **WHEREAS**, on January 30, 2014, the plaintiffs filed a Request For Entry Of Default as to

2 Defendant JOSEPH BURKE; and,

3     **WHEREAS**, on January 30, 2014, the plaintiffs filed a Request For Entry Of Default as to

4 Defendant  J. E. CONSTRUCTION, INC.; and,

5     **WHEREAS**, on January31, 2014, the Clerk's Entry Of Default was filed as to Defendant

6 JOSEPH BURKE; and,

7     **WHEREAS**, on January31, 2014, the Clerk's Entry Of Default was filed as to Defendant J. E.

8 CONSTRUCTION, INC.; and,

9     **WHEREAS**, there had previously existed some misunderstanding as between Defendants

10 JOSEPH BURKE and J. E. CONSTRUCTION, INC. and the City of Taft regarding the defense of

11 said Defendants; and,

12     **WHEREAS**, the City of Taft has now agreed to retain the Law Offices of Robinson & Kellar

13 as counsel for Defendants JOSEPH BURKE and J. E. CONSTRUCTION, INC. in the instant action,

14     NOW THEREFORE COME THE PARTIES, through their respective counsel, and do hereby

15 stipulate pursuant to <u>Federal Rules of Civil Procedure</u>, Rule 55(c) that the Clerk's Entries Of Default

16 against Defendants JOSEPH BURKE and J. E. CONSTRUCTION, INC., be set aside.

17     IT IS FURTHER STIPULATED, that Defendants JOSEPH BURKE and J. E.

18 CONSTRUCTION, INC., shall be granted 14 (fourteen) days hereafter in which to file their answer to

19 the First Amended Complaint.

20 DATED: April 30, 2014                          DARRELL ARCHER, In propria persona

21                                                      By_____

22                                                        PLAINTIFF, In Pro Per

23

24 DATED: April 30, 2014                          KEITHA DARQUEA, In propria persona

25                                                        By_____

26                                                        PLAINTIFF, In Pro Per

27

28

| | | |
|---|---|---|
| 1 | DATED: April 30, 2014 | ROBINSON & KELLAR |
| 2 | | By_____ |
| 3 | | MICHAEL C. KELLAR<br>Attorneys for Defendant, |
| 4 | | JILL GIPSON, a public employee |

## **ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED:

1. The defaults entered against Defendants Joseph Burke and J.E. Construction, Inc. on January 31, 2014, are hereby **SET ASIDE**; and

2. Defendants Joseph Burke and J.E. Construction **SHALL** file an Answer to Plaintiffs' First Amended Complaint within fourteen days of the date of service of this Order.

IT IS SO ORDERED.

Dated:   **June 5, 2014**              **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

3