# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ARCHER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF TAFT, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00261 - LJO - JLT<br><br>ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY AS MOOT<br><br>(Doc. 37) |

　　Plaintiffs Darrell Archer and Keitha Darquea seek to compel defendant Jill Gipson to respond to their requests for written discovery, including their "Requests to Produce Responses to Interrogatories and Production of Documents". (Doc. 37 at 2.)  On June 9, 2014, Defendant belatedly served her responses to Plaintiffs' Special Interrogatories and her verified Response to Requests for Production of Documents.  (Doc. 42 at 1-2.)  Though Plaintiffs ask the Court to grant the motion despite this (Doc. 44), because everything sought by the motion has been provided via Defendants' responses, there is no further relief the Court could grant.  Accordingly, **IT IS HEREBY ORDERED**:  Plaintiffs' motion to compel discovery (Doc. 37) is **DENIED** as **MOOT**.

IT IS SO ORDERED.

　　Dated:　**June 17, 2014**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1