UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ARCHER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF TAFT, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-00261 - AWI - JLT<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO CONTINUE THE DEPOSITION OF DEFENDANT JILL GIPSON<br><br>(Doc. 47) |

Darrell Archer and Keitha Darquea ("Plaintiffs") filed a "Motion to Continue the Deposition of Jill Gipson" on June 23, 2014. (Doc. 47.) Plaintiffs report that they took the deposition on June 10, 2014, but "because of an unexpected reaction to the deposition room or something in the air, Plaintiff Archer became ill and had to cut the deposition short." (*Id.* at 1.) Plaintiffs assert Archer "never got to ask the remainder of important questions he had laid out for this deposition." (*Id.* at 2.) Therefore, Plaintiffs request t "th[e] Court . . . authorize Plaintiffs to continue the Deposition of Jill Gipson." (*Id.*)

Importantly, however, Plaintiffs do not assert that they met and conferred with Defendants regarding continuing the deposition. On April 15, 2014, the Court informed the parties that "[a] party with a discovery dispute must first confer with the opposing party in a good faith effort to resolve by agreement the issues in dispute." (Doc. 30 at 4.) Further, the parties were advised that "[n]o written discovery motions shall be filed without the prior approval of the assigned Magistrate Judge." (*Id.*) Despite this, Plaintiffs filed the motion now pending before the Court.

Because Plaintiffs failed to meet and confer with Defendants regarding this discovery issue, **IT IS HEREBY ORDERED**:

1. The hearing date of July 22, 2014 is **VACATED**; and
2. Plaintiffs' motion to continue the deposition of Jill Gipson is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:  **June 30, 2014**                              **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE