**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRELL ARCHER, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF TAFT, et al.,<br><br>            Defendants. | Case No.: 1:12-cv-00261 LJO JLT<br><br>NUNC PRO TUNC[1] ORDER GRANTING SUBSTITUTION OF ATTORNEYS<br><br>(Docs. 92, 93) |

On June 30, 2015, Attorneys Angela Thompson and Timothy Kassouni sought to be substituted as counsel of record for plaintiffs. (Docs. 92, 93) Both Plaintiffs have consented to the substitution. Id. The Court notes that Plaintiffs have represented themselves since they initiated this action and trial is set to begin on August 4, 2015. With this in mind, the Court **GRANTS** the substitution with the following **CONDITIONS**:

1.  The fact that Plaintiffs have now retained counsel will not impact the trial date and **is not** grounds for a further request to continue the trial[2];

///

---

[1] The orders granting the substitutions of counsel (Doc. 94, 95) are superseded by this order issued nunc pro tunc.

[2] The Court denied Plaintiffs' oral request, made at the pretrial conference, to continue the trial.

1

2. Motions in limine were to be filed no later than June 28, 2015. (Doc. 88 at 8-9) Plaintiffs did not file any motions and, as a result, have waived any such filing. The fact that Plaintiffs have now retained counsel will not impact Plaintiffs' waiver and no late filings will be accepted.

IT IS SO ORDERED.

Dated:   **July 6, 2015**                             **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE